# United States Court of Appeals for the Fifth Circuit

No. 24-20224

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2025

Lyle W. Cayce
Clerk

Gerald Allen Perry,

*Plaintiff—Appellant*,

*versus*

John B. Holmes, *Harris County District Attorney's Office*; Ken R. Williamson, *Houston Police Department*; Boyd Smith, *Houston Police Department*; Patrick Paul Carrier,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1151

_____

ORDER:

On December 6, 2024, the clerk DENIED Appellant's motion to reopen the appeal. Upon consideration of Appellant's motion for reconsideration, IT IS ORDERED that the motion is DENIED.

/s/ *Catharina Haynes*
Catharina Haynes
*United States Circuit Judge*